IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARON STAFFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-272-N |
| | § | |
| NEW DAIRY TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

By separate Order of this same date, the Court grants Defendant New Dairy of Texas, LLC's motion for summary judgment [42]. Accordingly, it is ordered that Plaintiff Sharon Stafford takes nothing by her claims in this case and that those claims are dismissed with prejudice. All relief not expressly granted is denied. Court costs are taxed against Plaintiff Stafford. This is a final judgment.

Signed July 12, 2024.

_____
David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – SOLO PAGE